UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Ralph Rose,

                     Plaintiff,

    -against-

Medicredit, Inc..

                     Defendant.

-----------------------------------------------X

Index No. 1:12-cv-05787-ARR-JO

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Ralph Rose by and through his counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Medicredit, Inc..

Dated: January 15, 2013
New York, New York

FREDRICK SCHULMAN & ASSOCIATES

BY: _____
JACOB J. SCHEINER, ESQ. (JS5223)
30 East 29th Street
New York, New York 10016
Attorneys for Plaintiff
P: (212) 796-6053
F: (212) 951-7379

SO-ORDERED:

_____

U.S.D.J.