UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

Ralph Rose,

Index No. 1:12-cv-05787-ARR-JO

Plaintiff,

-against-

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41 (a)(1)(A)(i)**

Medicredit, Inc..

Defendant.

-------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Ralph Rose by and through his counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Medicredit, Inc..

Dated: January 15, 2013
New York, New York

FREDRICK SCHULMAN & ASSOCIATES

BY: _____
JACOB J. SCHEINER, ESQ. (JS5223)
30 East 29th Street
New York, New York 10016
Attorneys for Plaintiff
P: (212) 796-6053
F: (212) 951-7379

SO-ORDERED:

/s/(ARR)            1/16/13
_____
U.S.D.J.